Susan St. Vincent
Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH EPSTEIN,<br><br>Defendant. | No. 6:13-mj-109-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

The United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon. The parties have reached a resolution whereby Defendant will pay a bailable citation for the one count in the criminal complaint.

Dated: November 21, 2013          NATIONAL PARK SERVICE

                                                         /S/ Matthew McNease
                                                        Matthew McNease
                                                        Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Joseph Epstein, 6:13-mj-109-MJS*, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  November 21, 2013        /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE